**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00033-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  LUIS RAUL AGUAYO-CASTRO,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The matter is before the court on defendant's **Notice of Disposition and Notice of Withdrawal of All Pending Motions** [#124] filed May 14, 2011.  The defendant requests that the defendant and the government be permitted to confer with the court regarding the scheduling and hearing of his change of plea.  The request is reasonable and should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That on **May 23, 2011**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set this matter for a change of plea hearing; and

      2.  That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

      Dated:  May 16, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.