# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 11-cr-00033-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LUIS RAUL AGUAYO-CASTRO,

    Defendant.

## ORDER

**Blackburn, J.**

The matter is before me on the defendant's **Motion for Sentence Relief Under the Federal Prison Bureau Non-Violent Offender Relief Act of 2003** [#570][1] filed September 4, 2015. After careful review of the motion and the file, I conclude that the motion should be denied because the putative act on which the defendant relies was never enacted into law.

**THEREFORE, IT IS ORDERED** that the **Motion for Sentence Relief Under the Federal Prison Bureau Non-Violent Offender Relief Act of 2003** is denied;

Dated October 15, 2015, at Denver, Colorado.

                                                                                     **BY THE COURT:**

                                                                                     */s/ Bob Blackburn*
                                                                                     Robert E. Blackburn
                                                                                     United States District Judge

---

[1] "[#570]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.